IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANTHONY EVANS WILLIAMSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> JACQUELINE LASHBROOK, and ) <br> ILLINOIS DEPARTMENT OF ) <br> CORRECTIONS, ) <br> ) <br> Defendants. ) | Case No. 18−cv−1546−NJR |

## ORDER OF DISMISSAL

**ROSENSTENGEL, District Judge:**

This case was opened on August 27, 2018 as a new action. (Doc. 1). Plaintiff used the Court's civil form and did not include a case number. (Doc. 1). Upon further review of the docket, however, the Court noted that Plaintiff was ordered to submit an amended complaint in case 18-cv-1187-MJR ("18-1187") regarding his claims that he was improperly held past his out date. This Complaint addresses Plaintiff's claim that he was held past his out date. The Court directed Plaintiff to clarify his intention with regards to the Complaint; Plaintiff phoned the Court on September 11, 2018, and stated that he was attempting to submit an amended complaint in case 18-1187. He then submitted a written statement to that effect on September 14, 2018. (Doc. 5). The Court therefore finds that Plaintiff did not intend to open a new case by filing the Complaint, but rather he was attempting to submit an amended complaint in case 18-1187.

For these reasons, the Clerk of the Court is **DIRECTED** to file the Complaint in this action as the "Amended Complaint" in 18-1187. The Clerk of Court is further **DIRECTED** to close this case as opened in error. No filing fee will be assessed for this action.

**IT IS SO ORDERED.**

**DATED:** September 17, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**